# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**UNITED STATES OF AMERICA**

**VS.**                              **4:09-CR-00324-01-JM**
                                     **4:16-CV-00386-JM**

**MARLON LEROY PORCH**

## ORDER

Defendant's Motion to Vacate, Set Aside, or Correct Sentence based on *Johnson v. United States*[1] (Doc. No. 47) and Motion to Appoint Counsel (Doc. No. 45) are DENIED.

Defendant was not sentenced based on the "residual clause" of Armed Career Criminal Act that was held unconstitutional in *Johnson*. Rather, Defendant was sentenced as a career offender under the Guidelines based on two prior qualifying drug convictions and an aggravated robbery conviction.

IT IS SO ORDERED this 20th day of June, 2016.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] 135 S. Ct. 2551 (2015).